UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL K. VERBLE,

    Plaintiff(s),

    v.

J.F. STIVENS, et al.,

    Defendant(s).

_____/

No. C 10-0090 PJH

**JUDGMENT**

The court having dismissed the amended complaint under 28 U.S.C. 1915,
it Ordered and Adjudged
that the complaint is dismissed with prejudice.

IT IS SO ORDERED.

Dated: March 30, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge